# ReedSmith

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

**Linda S. Husar**
Direct Phone: +1 213 457 8140
Email: lhusar@reedsmith.com

July 18, 2011

The Honorable Joseph C. Spero
Judge of the District Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re: James Anslow v. Wellington Energy, Inc.
U.S.D.C. Case No. CV-11-1596-JCS

**Request for Telephonic Appearance**
**Case Management Conference – July 22, 2011 at 1:30 p.m.**

Dear Judge Sprero:

    With this letter I respectfully request telephonic appearance for Thomas E. Hill and myself at the July 22, 2011 Case Management Conference. Deborah Broyles of our San Francisco office will appear in person. Mr. Hill and I are located in Los Angeles. A telephonic appearance would save time and expenses from being incurred by our client Wellington Energy, Inc.

Very truly yours,

Linda S. Husar

LSH:ls

IT IS HEREBY ORDERED that counsel shall provide direct land line contact phone numbers to the Clerk by Wed., 7/20/11. Counsel shall be on phone standby and await the Court's call. The Court will initiate the phone contact.

Dated: 7/19/11


IT IS SO ORDERED
Judge Joseph C. Spero

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

7/18/11 10:59 AM

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On July 18, 2011, I served the following document(s) by the method indicated below:

**REQUEST FOR TELEPHONIC APPEARANCE – CASE MANAGEMENT CONFERENCE**

☒ BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.casd.uscourts.gov

☐ by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Scott A. Miller, Esq.
Law Office of Scott A. Miller
16133 Ventura Boulevard, Suite 645
Encino, CA 91436
(818) 788 8081

Steven L. Miller, Esq.
Steven A. Miller, PLC
16133 Ventura Boulevard, Suite 645
Encino, CA 91436
(818) 986 8900

Kelly A. Buschman
The Buschman Law Corporation
12277 Soaring Way, Suite 108
Truckee, CA 96161
(530) 587 3211

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 18, 2011, at Los Angeles, California.

_Lyn C. Shaible_
Lyn C. Shaible

REED SMITH LLP
A limited liability partnership formed in the State of Delaware