# Buschman Law Corporation

12277 Soaring Way, Suite 108 · Truckee, California 96161
Tel: 530.587.3211 · Fax: 530.587.3411
www.buschmanlaw.com

July 18, 2011

The Honorable Joseph C. Spero
Judge of the District Court
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102-3483

Re: James Anslow v. Wellington Energy, Inc.
U.S.D.C. Case No. CV-11-1596-JCS

**Request for Telephonic Appearance**
Case Management Conference – July 22, 2011 at 1:30 p.m.

Dear Judge Spero:

With this letter I respectfully request telephonic appearance for myself at the July 22, 2011 Case Management Conference. I am located in Truckee, California. A telephonic appearance would save time and expenses being incurred by my client, James Anslow. Plaintiff has no objection to Defendant's counsel appearing by phone and Defendant has no objection to Plaintiff's counsel appearing by phone.

Very truly yours,

THE BUSCHMAN LAW CORPORATION

KELLY ANN BUSCHMAN

IT IS HEREBY ORDERED that counsel shall provide a direct land line contact number to the Clerk by Wed., 7/22/11. Counsel shall be on phone standby and await the Court's call. The Court will initiate the phone contact.

Dated: 7/19/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

CASE NAME: James Anslow v. Wellington Energy, Inc.
COURT: United States District Court Northern District of California – San Francisco Division
CASE NO.: 3:11-CV-01596-JCS

I, Kelly Ann Buschman, am over the age of eighteen years and not a party to the within action; my business address is 12277 Soaring Way, Suite 108, Truckee, California 96161. On the date last written below, I served the following documents:

1. Request for Telephonic Appearance – Case Management Conference

on the parties stated below, through their attorneys of record, by facsimile transmission, by personal delivery or by placing true copies thereof in sealed envelopes addressed as shown below for service, as designated below:

**A:** **CM/ECF Electronic Delivery** – In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.casd.uscourts.gov.

**B.** **First Class Mail** - I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in Reno, Nevada, for collection and mailing to the office of the addressee on the date shown below following ordinary business practices.

**C:** **By Courier Service** - I caused each such envelope to be deposited with the Federal Express, a courier service.

**D:** **By Facsimile Service** - I caused a true copy thereof to be transmitted on the date shown below from telecopier (530) 587-3411 to the telecopier number published for the addressee.

**E:** **By Personal Service** - I caused each document identified herein to be delivered to a courier employed by a courier service with whom we have a direct billing account, who personally delivered the document identified herein to the addressee on the date below.

| Type of Service | Addressee |
| --- | --- |
| A, B | Linda S. Husar |
| | Thomas E. Hill |
| | Mara D. Matheke |
| | REED SMITH LLP |
| | 355 South Grand Avenue, Suite 2900 |
| | Los Angeles, CA 90071 |
| A, B | Deborah J. Broyles |
| | Reed Smith LLP |
| | 101 Second Street |
| | Suite 1800 |
| | San Francisco, CA 94105 |

1

2   I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Executed on July 18, 2011 at Reno, Nevada.
3

4   *Kelly Ann Buschman* (signature)
    Kelly Ann Buschman