1  STEVEN L. MILLER, ESQ. SBN 092835
   stevenlmillerlaw@gmail.com
2  **STEVEN L. MILLER, APLC**
   16133 Ventura Boulevard, Suite 645
3  Encino, CA 91436
   Telephone: (818) 986-8900
4  Facsimile: (818) 716-6552

5  KENNETH S. GAINES, ESQ. SBN 049045
   kenneth@gaineslawfirm.com
6  DANIEL F. GAINES, ESQ. SBN 251488
   daniel@gaineslawfirm.com
7  **GAINES & GAINES, APLC**
   21550 Oxnard Street, Suite 980
8  Woodland Hills, CA 91367
   Telephone: (818) 703-8985
9  Facsimile: (818) 703-8984

10 Attorneys for Plaintiff James Anslow, on behalf of himself and all others similarly situated, and on behalf of the general public

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ANSLOW, on behalf of himself and all others similarly situated, | CASE NO: CV11-1596-JCS |
| v. | **NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER VACATING DECEMBER 2, 2011 CASE MANAGEMENT CONFERENCE** |
| WELLINGTON ENERGY, INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO THE HONORABLE COURT AND TO ALL PARTIES TO THIS ACTION:**

Please take notice that Plaintiff JAMES ANSLOW ("Plaintiff") and Defendant WELLINGTON ENERGY, INC. ("Defendant") have reached a tentative settlement of this class action, subject to Court approval.

\\

-1-

**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER VACATING DECEMBER 2, 2011 CASE MANAGEMENT CONFERENCE**

## **STIPULATION**

WHEREAS, following a formal mediation with employment mediator Mark Rudy, Esq. and subsequent negotiations, the Parties have entered into a memorandum of understanding documenting the material terms of their proposed classwide settlement;

WHEREAS, a case management conference is currently set for December 2, 2011 at 1:30p.m.;

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the Parties that the Court may enter an order vacating all pending hearing dates and deadlines, specifically including but not limited to the December 2, 2011 case management conference, and stay the case pending the settlement approval process;

IT IS FURTHER STIPULATED AND AGREED that the Parties shall prepare their class settlement agreement and class notice and file a motion for preliminary approval of the settlement as soon as practicable.

DATED: November 22, 2011  Respectfully submitted,

GAINES & GAINES
A Professional Law Corporation

By: /s/ Daniel F. Gaines
    DANIEL F. GAINES
    Attorney for Plaintiff

REED SMITH LLP

By: /s/ Linda S. Husar*
    LINDA S. HUSAR
    Attorney for Defendant

* I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

-2-

**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER VACATING DECEMBER 2, 2011 CASE MANAGEMENT CONFERENCE**

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation of the Parties, the Court vacates all pending hearing dates and deadlines, specifically including but not limited to the December 2, 2011 case management conference, and stays the case pending the settlement approval process;

The Parties shall prepare their class settlement agreement and class notice and file a motion for preliminary approval of the settlement as soon as practicable.

**IT IS SO ORDERED.**

Dated: 11/23/11



_____
UNITED STATES MAGISTRATE JUDGE

-3-

**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER VACATING DECEMBER 2, 2011 CASE MANAGEMENT CONFERENCE**

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

**CASE NAME: JAMES ANSLOW, on behalf of himself and all others similarly situated, vs. WELLINGTON ENERGY, INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive, CASE NUMBER: CV11-1596-JCS**

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 21550 Oxnard Street, Suite 980, Woodland Hills, California 91367

   On November 22, 2011, I served the foregoing document(s) described as:

**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER VACATING DECEMBER 2, 2011 CASE MANAGEMENT CONFERENCE**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Thomas E. Hill
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

__   **BY NOTICE OF ELECTRONIC FILING.** The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

 X   **FEDERAL.** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 22, 2011, at Woodland Hills, California.

                                    /s/ Daniel F. Gaines
                                    Daniel F. Gaines

**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER VACATING DECEMBER 2, 2011 CASE MANAGEMENT CONFERENCE**