STEVEN L. MILLER, ESQ. SBN 092835
stevenlmillerlaw@gmail.com
**STEVEN L. MILLER, APLC**
16133 Ventura Boulevard, Suite 645
Encino, CA 91436
Telephone: (818) 986-8900
Facsimile: (818) 716-6552

KENNETH S. GAINES, ESQ. SBN 049045
kenneth@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff James Anslow, on behalf of himself and all others similarly situated, and on behalf of the general public

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ANSLOW, on behalf of himself and all others similarly situated, <br><br> v. <br><br> WELLINGTON ENERGY, INC., a Pennsylvania corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO: CV11-1596-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

WHEREFORE, Plaintiff JAMES ANSLOW ("Plaintiff") and Defendant WELLINGTON ENERGY, INC. ("Defendant") (together as the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on February 28, 2011 Plaintiff filed this putative class action in the Superior Court of the State of California, County of San Francisco;

1  WHEREAS, Defendant subsequently removed the action to this Court;

2  WHEREAS, the Parties participated in a mediation on November 15, 2011
3  before Mark Rudy, Esq., which led to an agreement to resolve the entire action on a
4  classwide basis;

5  WHEREAS, the settlement compromises claims which have not yet been
6  asserted in a complaint in the action;

7  WHEREAS, to effectuate the settlement, counsel for the Parties met and
8  conferred and agreed to stipulate for leave for Plaintiff to file a First Amended
9  Complaint, which adds a cause of action for penalties pursuant to the Private
10 Attorneys General Act of 2004 (*Labor Code* § 2698 *et. seq.*) and a cause of action for
11 waiting time penalties pursuant to Labor Code § 203.

12 BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED as
13 follows:

14 1.  Plaintiff may file the proposed First Amended Complaint, a true and
15 correct copy of which is attached hereto as Exhibit A;

16 2.  Plaintiff shall file the First Amended Complaint no later than three (3)
17 Court days following entry of an Order from the Court granting Plaintiff leave to
18 amend to file the First Amended Complaint;

19 3.  Defendant shall not be required to file a response to the First Amended
20 Complaint; and

4. If for any reason the Court declines to enter an order granting preliminary or final approval of the Joint Stipulation of Class Action Settlement Agreement ("Settlement") or the Effective Date of the Settlement does not occur, this Stipulation shall be null and void.

**IT IS SO STIPULATED.**

Dated: April 5, 2012

GAINES & GAINES, APLC

By: _____
KENNETH S. GAINES
DANIEL F. GAINES
ALEX P. KATOFSKY
Attorneys for Plaintiff
JAMES ANSLOW

Dated: April 5, 2012

REED SMITH LLP

By: _____
LINDA HUSAR
MARA D. MATHEKE
Attorneys for Defendant
WELLINGTON ENERGY, INC.

# ORDER

Pursuant to the above Stipulation between the Parties, and for good cause appearing, the Court hereby ORDERS as follows:

1. Plaintiff may file the proposed First Amended Complaint, a true and correct copy of which is attached to the Parties' stipulation as Exhibit A;

2. Plaintiff shall file the First Amended Complaint no later than three (3) Court days following entry of this Order;

3. Defendant shall not be required to file a response to the First Amended Complaint; and

4. If for any reason the Court declines to enter an order granting preliminary or final approval of the Joint Stipulation of Class Action Settlement Agreement ("Settlement") or the Effective Date of the Settlement does not occur, this Stipulation shall be null and void.

**IT IS SO ORDERED.**

Dated: April 6, 2012

United States ~~District~~ Court Judge
Joseph C. Spero