# ReedSmith

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

Linda S. Husar
Direct Phone: +1 213 457 8140
Email: lhusar@reedsmith.com

May 2, 2012

The Honorable Joseph C. Spero
Judge of the District Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:  James Anslow v. Wellington Energy, Inc.
U.S.D.C. Case No. CV-11-1596-JCS

**Request for Telephonic Appearance**
**Preliminary Approval Hearing – May 11, 2012 at 1:30 p.m.**

Dear Judge Spero:

With this letter I respectfully request telephonic appearance for myself at the May 11, 2012 Preliminary Approval hearing. I am located in Los Angeles. A telephonic appearance would save time and expenses from being incurred by my client Wellington Energy, Inc. My direct land line contact number is (213) 457-8140.

Very truly yours,

*Linda S. Husar/mdm*

Linda S. Husar

LSH:ls

IT IS HEREBY ORDERED THAT Ms. Husar shall be on phone standby beginning at 1:30 PM on May 11, 2012 and await the Court's call.

Dated: May 3, 2012

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

US_ACTIVE-109339808.1