# ReedSmith

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

**Linda S. Husar**
Direct Phone: +1 213 457 8140
Email: lhusar@reedsmith.com

June 1, 2012

The Honorable Joseph C. Spero
Judge of the District Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

      Re:    James Anslow v. Wellington Energy, Inc.
               U.S.D.C. Case No. CV-11-1596-JCS

              <u>Request for Telephonic Appearance</u>
              **Preliminary Approval Hearing – June 15, 2012 at 1:30 p.m.**

Dear Judge Spero:

      With this letter Linda Husar and I respectfully request telephonic appearance at the June 15, 2012 Preliminary Approval hearing. We are located in Los Angeles. A telephonic appearance would save time and expenses from being incurred by my client Wellington Energy, Inc. Our direct land line contact numbers are (213) 457-8140 and (213) 457-8216.

                                      Very truly yours,

                                      Mara D. Matheke

MDM/jw

Dated: June 5, 2012   IT IS HEREBY ORDERED THAT Ms. Matheke shall be on phone standby beginning at 1:30 p.m., and await the Court's call.

**IT IS SO ORDERED AS MODIFIED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

US_ACTIVE-109601759.1