

**GAINES & GAINES**

A PROFESSIONAL LAW CORPORATION

21550 OXNARD STREET
SUITE 980
WOODLAND HILLS, CALIFORNIA 91367

KENNETH S. GAINES, ESQ.
ken@gaineslawfirm.com

DANIEL F. GAINES, ESQ.
daniel@gaineslawfirm.com

TELEPHONE (818) 703-8985
FAX (818) 703-8984

June 4, 2012

The Honorable Joseph C. Spero
Judge of the District Court
U.S. District Court
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

Re:   *Anslow v. Wellington Energy, Inc.*
      *Case No. CV11-1596-JCS*

**Request for Telephonic Appearance**
**Preliminary Approval Hearing - June 15, 2012 at 1:30 p.m.**

Dear Judge Spero:

Per this letter Alex P. Katofsky and I respectfully request a telephonic appearance at the June 15, 2012 Continued hearing on Plaintiff's Motion for Preliminary Approval. Our office is in Woodland Hills, California. A telephonic appearance would save time and expense for my client James Anslow and our firm. Our direct land line contact number is (818) 703-8985.

Thank you very much.

Very truly yours,

GAINES & GAINES
A Professional Law Corporation

By: _____
    DANIEL F. GAINES

cc:   Linda S. Husar, Esq.
      Mara D. Matheke

IT IS HEREBY ORDERED THAT Mr. Gaines and Mr. Katofsky shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated: June 5, 2012



UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA