# GAINES & GAINES
A PROFESSIONAL LAW CORPORATION

21550 OXNARD STREET
SUITE 980
WOODLAND HILLS, CALIFORNIA 91367

KENNETH S. GAINES, ESQ.
ken@gaineslawfirm.com

DANIEL F. GAINES, ESQ.
daniel@gaineslawfirm.com

TELEPHONE (818) 703-8985
FAX (818) 703-8984

June 18, 2012

The Honorable Joseph C. Spero
Judge of the District Court
U.S. District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

    Re:    *Anslow v. Wellington Energy, Inc.*
           Case No. CV11-1596-JCS

           <u>Request for Telephonic Appearance</u>
           Preliminary Approval Hearing - June 22, 2012 at 9:30 a.m.

Dear Judge Spero:

Per this letter Alex P. Katofsky respectfully requests a telephonic appearance at the June 22, 2012, 9:30 a.m. continued hearing on Plaintiff's Motion for Preliminary Approval. Our office is in Woodland Hills, California. A telephonic appearance would save time and expense for our client James Anslow and our firm. Our direct land line contact number is (818) 703-8985.

Thank you very much.

Very truly yours,

GAINES & GAINES
A Professional Law Corporation

By: _____
    ALEX P. KATOFSKY

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 9:30AM and await the Court's call.

Dated: June 19, 2012

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA