# ReedSmith

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

**Mara D. Matheke**
Direct Phone: +1 213 457 8217
Email: mmatheke@reedsmith.com

June 18, 2012

The Honorable Joseph C. Spero
Judge of the District Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

   Re: **James Anslow v. Wellington Energy, Inc.**
      U.S.D.C. Case No. CV-11-1596-JCS

      <u>Request for Telephonic Appearance</u>
      Motion for Settlement – June 22, 2012 at 9:30 a.m.

Dear Judge Spero:

  With this letter Linda Husar and I respectfully request telephonic appearance at the June 22, 2012 Motion for Settlement hearing. We are located in Los Angeles. A telephonic appearance would save time and expenses from being incurred by my client Wellington Energy, Inc. Our direct land line contact numbers are (213) 457-8140 and (213) 457-8216.

         Very truly yours,

         Mara D. Matheke

MDM/jw

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated: June 19, 2012



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND
US_ACTIVE-109775512.1