# ReedSmith

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

**Mara D. Matheke**
Direct Phone: +1 213 457 8216
Email: lhusar@reedsmith.com

September 7, 2012

The Honorable Joseph C. Spero
Judge of the District Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

      Re: **James Anslow v. Wellington Energy, Inc.**
           **U.S.D.C. Case No. CV-11-1596-JCS**

          <u>**Request for Telephonic Appearance**</u>
          **Final Approval Hearing – October 5, 2012 at 1:30 p.m.**

Dear Judge Spero:

    With this letter I respectfully request telephonic appearance for myself at the October 5, 2012 Final Approval hearing. I am located in Los Angeles. A telephonic appearance would save time and expenses from being incurred by my client Wellington Energy, Inc. My direct land line contact number is (213) 457-8216.

                                              Very truly yours,

                                              */s/ Mara D. Matheke*
                                              Mara D. Matheke

MDM:jw

IT IS HEREBY ORDERED THAT Ms. Matheke shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 9/10/12

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

US_ACTIVE-110521800.1-JNWERNIC